John J. Keenan SBN 242487
**Warren Law Group**
445 S. Figueroa St.
Los Angeles, CA 90071
866-954-7687 | 866-335-6823
johnkeenan@warren.law

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISA PLUS, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>PREHIRED, LLC, A DELAWARE LIMITED LIABILITY COMPANY, JOSHUA K. JORDAN, INDIVIDUALLY, AND DOES 1 THROUGH 2, INCLUSIVE,<br><br>Defendants. | Case No.: '22CV1211 JAH JLB<br><br>California Superior Court Case No.: 37-2022-00026192-CU-BC-CTL<br><br>NOTICE OF REMOVAL |

## NOTICE OF REMOVAL

TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Pursuant to U.S.C. §§1441 and 1446(a) Defendants Prehired, LLC and Joshua K. Jordan, by and through their undersigned counsel, John J. Keenan, Esq., hereby give notice of the removal of the above captioned matter from the Superior Court of the State of California, County of San Diego, Central Division where the action is

NOTICE OF REMOVAL - 1

now pending, to the United States District Court of the Southern District of California, and respectfully state as follows:

1. This action was commenced on July 1, 2022 by Plaintiff ISA Plus, LLC against Prehired, LLC and Joshua K Jordan, in the Superior Court of the State of California, County of San Diego, Case Number 37-2022-00026192-CU-BC-CTL. Annexed hereto as **Exhibit A** is a copy of the Summons and Complaint (the "Complaint"). Upon information and belief, Plaintiff attempted service on the Defendants on or about July 20, 2022.

2. This Notice of Removal is being filed within thirty days of service upon the Defendants. Accordingly, removal is timely pursuant to 28 U.S.C. §§ 1441 and 1446(b)(1).

## THE PARTIES

3. Upon information and belief, the Plaintiff ISA Plus, LLC is a single member LLC formed in Delaware.

4. The sole member of ISA Plus LLC resides in California.

5. Joshua Jordan is a resident of the State of South Carolina.

6. Prehired, LLC is a single member LLC.

7. The sole member of Prehired, LLC is Joshua K. Jordan, who is a resident of the State of South Carolina.

NOTICE OF REMOVAL - 2

## THE STATE COURT ACTION

8. The Complaint asserts five causes of action for (1) Intentional Misrepresentation; (2) Negligent Misrepresentation; (3) Concealment; (4) Breach of Contract; and (5) Breach of Implied Covenant of Good Faith and Fair Dealing.

9. The Complaint seeks damages in the amount of $2,500,000, along with consequential damages.

10. Plaintiff has not demanded a jury trial.

## THE COURT'S REMOVAL JURISDICTION

11. 28 U.S.C. §1441(a) provides the basis for removal of the action to this Court, as this is a state court action over which this Court has original jurisdiction under 28 U.S.C. §1332(a) diversity of citizenship.

12. Upon information and belief ISA Plus, LLC is a single member LLC whose sole member is a resident of the State of California.

13. Joshua K. Jordan is a resident of the State of South Carolina.

14. Prehired, LLC is a single member LLC whose sole member, Joshua Jordan is a resident of the State of South Carolina.

15. Accordingly, for purposes of diversity jurisdiction, ISA Plus, LLC is a resident of the State of California and Prehired, LLC is a resident of the State of South Carolina.

16. A limited liability company is a citizen, for purposes of diversity jurisdiction, of each state where its members are citizens. *Bayerische Landesbank, New York Branch v. Aladdin Capital Management, LLC,* 692 F.3d 42, 49 (2nd Circuit 2012).

17. The amount in controversy exceeds the jurisdictional threshold of an amount greater than $75,000 exclusive of interest and costs. **Exhibit A.**

18. Therefore, this Court has original jurisdiction over this action under 28 U.S.C. §1332(a) as this is a civil action between citizens of different states and the amount in controversy is greater than $75,000 exclusive of interest and costs.

19. The timing requirements of 28 U.S.C. §1446(b) have been satisfied in that this Notice of Removal has been filed within thirty days of the service of the Summons and Complaint.

20. The United States District Court for the Southern District of California is the appropriate court to which this action should be removed because this district is the district embracing actions filed in the Superior Court of the State of California, County of San Diego.

21. A true and correct copy of this Notice of Removal is being served upon Plaintiff and will be filed promptly with the Clerk of the Superior Court of the State of California, County of San Diego, as required by 28 U.S.C. §1446(d).

NOTICE OF REMOVAL - 4

WHEREFORE, Defendants Prehired LLC and Joshua K. Jordan respectfully request that the captioned action, now pending in the Superior Court of the State of California, County of San Diego, be removed to this Court.

Dated this 18th day of August, 2022.
At Los Angeles, California

/s/ John J. Keenan
John J. Keenan, Esq.
**Warren Law Group**
445 S. Figueroa St.
Los Angeles, CA 90071
866-954-7687 | 866-335-6823
johnkeenan@warren.law