UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISA PLUS, LLC, a Delaware Limited Liability Company,<br><br>                    Plaintiff,<br><br>v.<br><br>PREHIRED, LLC, a Delaware Limited Liability Company; JOSHUA K. JORDAN, an individual; and DOES 1 THROUGH 2, inclusive,<br><br>                    Defendants. | Case No.: 3:22-cv-01211-JAH-JLB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS (ECF No. 19)** |

Presently before the Court is Defendant Joshua K. Jordan's ("Mr. Jordan") Motion for Leave to Electronically File Documents. ("Mot.", ECF No. 19). Generally, "[e]xcept as prescribed by local rule, order, or other procedure, the Court has designated all cases to be assigned to the Electronic Filing System." CivLR 5.4(a). With respect to pro se litigants, however, "[u]nless otherwise authorized by the court, all documents submitted for filing to the Clerk's Office ... must be in legible, paper form." Office of the Clerk, United States District Court for the Southern District of California, Electronic Case Filing Administrative Policies and Procedures Manual § 2(b) (2023). A pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to

follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual. *Id.* The manual refers to the court's official website for CM/ECF technical specifications, *id.* at § 1(i), which include a "computer running Windows or Macintosh"; "[s]oftware to convert documents from a word processor format to [PDF]," such as Adobe Acrobat PDF Writer ("Adobe Acrobat 7.0 and higher meet the CM/ECF filing requirements"); "Internet access supporting a transfer rate of 56kb or higher"; a compatible browser, such as Firefox 15, Internet Explorer 9, and Safari 5.1/6; and a "[s]canner to image non-computerized documents." United States District Court, Southern District of California, CM/ECF: General Info, https://www.casd.uscourts.gov/cmecf (last visited April 19, 2023).

In the present motion, Mr. Jordan has provided information establishing that his computer and software are sufficient to electronically file documents with the Court. Mr. Jordan has access to an email account and internet access; the ability to create and read PDF documents; and an internet browser that is compatible with electronic filing. (Mot. at 1). Mr. Jordan is advised to read and follow the rules and policies of the CM/ECF Administrative Policies and Procedures Manual, and reminded that he must abide by the policies set forth therein. Accordingly, the Court **GRANTS** Mr. Jordan's motion to file electronically.

**IT IS SO ORDERED.**

DATED: April 25, 2023

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE