UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISA PLUS, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PREHIRED, LLC; JOSHUA K. JORDAN.,<br><br>　　　　　　　　　　Defendants. | Case No.:  3:22-cv-01211-JAH-JLB<br><br>**ORDER VACATING HEARING** |

Presently before the Court is Plaintiff's Motion to Dismiss. ECF No. 95 ("Motions"). After a careful review of the briefings, the Court deems this Motion is suitable for adjudication without oral argument. *See* CivLR 7.1.d.1. Accordingly, IT IS HEREBY ORDERED the Motion is taken under submission without oral argument, and the hearing set for May 7, 2025, at 2:30 p.m. is **VACATED**. The Court will issue an Order in due course.

DATED: May 1, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE