Joshua Jordan, PRO SE
3223 Twin Church Rd.
Timmonsville, SC 29161
joshlegalstuff@gmail.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISA PLUS, LLC<br><br>Plaintiff,<br><br>v.<br><br>Prehired, LLC<br>and<br>JOSHUA K JORDAN<br>Defendants. | Case No.: 3:22-cv-01211-JAH-JLB<br><br>**JOSHUA JORDAN'S SUPPLEMENTAL DECLARATION IN SUPPORT OF SUPPLEMENTAL BRIEF** |

Joshua Jordan declares the following under penalties of perjury:

1. I am Joshua Jordan, a defendant in this action and the former CEO and majority member of Prehired, LLC ("Prehired"). I have personal knowledge of the facts stated herein and provide this supplemental declaration to clarify information needed for the Court's choice-of-law analysis as ordered in ECF No. 100.

2. **Parties' Mutual Understanding of Ownership**: When Santhosh "Sunni" Sukumar ("Sunni" or "Sukumar") signed the Simple Agreement for Future Equity ("SAFE") on January 2, 2020, both Sunni and I understood that he would become a member and owner of Prehired upon earning his first 1.25% equity on January 2, 2021. We understood that Sunni's ownership was earned through performance, not contingent upon any future sale or acquisition. The SAFE's provision for acceleration upon sale or acquisition was simply a bonus protection - if Prehired was sold before Sunni earned his full 5%, he would receive the full 5% in the sale proceeds. This understanding was confirmed through our consistent course of dealing as business partners and co-owners from January 2021 forward, when Sunni earned his first 1.25% equity.

3. **Course of Dealing as Co-Owners**: From January 2, 2021 forward, on the first year that Sunni earned his first 1.25% equity (from a total vesting schedule of 5%), I treated him as a co-owner and minority member of Prehired. We consulted weekly on strategic business decisions that only owners would discuss. I valued his input as a business partner and treated our relationship as that of majority owner (myself) and minority owner (Sunni). He had full authority to run all Marketing without consulting me as long as it did not exceed the determined budget during any given period.

4. **Geographic and Performance Details**:
    - I electronically signed the SAFE from Charleston County, South Carolina on January 2, 2020, and at all times of the company's existence, I lived and worked in SC as well
    - Sunni electronically signed from California on January 3, 2020, as confirmed by IP addresses in the signature certificate
    - Throughout our entire business relationship through the company's bankruptcy in November 2022, I believe Sunni performed all his services from California, where he continuously lived and worked at all relevant times
    - Sunni's marketing expertise in the California market was particularly valuable

5. **Corporate Restructuring Timeline**:
    - **2020**: Prehired operated as South Carolina LLC when SAFE was executed
    - **2021**: South Carolina LLC was merged into Florida LLC (100% asset transfer)
    - **2022**: Florida LLC was merged into Delaware LLC (100% asset transfer)
    - Sunni remained a member throughout all corporate restructurings

6. **Alternative Triggering Events**: If this Court determines that Sunni's membership required a specific "acquisition" triggering event under the SAFE terms (which is not required), then both the 2021 merger (SC→FL) and 2022 merger (FL→DE) constituted "acquisitions" involving

    more than fifty percent (50%) of the company, as each merger involved 100% transfer of assets and ownership to successor entities.

7. **Consistency with Prior Declaration**: My prior declaration (ECF No. 96) addressed the timing of my understanding of jurisdictional issues. To provide further clarification for the Court's choice-of-law analysis, Sunni's declaration filed in support of my Motion to Dismiss (ECF No. 95-2) confirms our mutual understanding, as he signed under penalty of perjury as "Santhosh Sukumar, Member/Owner, Prehired, LLC," confirming his own understanding of his membership status.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Respectfully submitted on June 19, 2025.

        By: **/s/ Joshua Jordan**
        Joshua Jordan, Pro Se
        3223 Twin Church Rd.
        Timmonsville, SC 29161
        843.790.3989
        joshlegalstuff@gmail.com