

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISA Plus, LLC, A Delaware limited liability company<br><br>Plaintiff,<br>V.<br><br>Prehired, LLC, A Delaware limited liability company; Joshua K. Jordan, individually; Does 1 through 20, inclusive<br><br>Defendant. | Civil Action No.   22-cv-1211-JAH-JLB<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

1. The joint motion to dismiss the action with prejudice is GRANTED;
2. All claims and counterclaims are DISMISSED WITH PREJUDICE;
3. Each party shall bear its own costs, attorneys' fees, and expenses; and
4. The Pretrial Conference set for November 5, 2025, at 3:00 p.m. is VACATED.

The case is hereby closed.

Date:   10/7/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Fujita

M. Fujita, Deputy